FILE COPY

No. 07-14-00444-CV

| | | |
|---|---|---|
| Paul Edward Hudson<br>    Appellant | § | From the 193rd District Court<br>    of Dallas County |
| | § | |
| v. | | October 14, 2015 |
| | § | |
| Dallas County, et al.<br>    Appellees | § | Opinion by Justice Campbell |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 14, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o